IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:12-CV-263-F

| | |
|---|---|
| COLONIAL GROUP, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| P & W WASTE OIL SERVICES, INC., *et al.*, | ) |
| Defendants. | ) |

This cause is before the Court upon Defendant Precision Petroleum Labs' ("Precision") motion for an extension of time to respond (DE-12) and the motion to proceed *pro hac vice* filed by Mr. Ned Gill, III (DE-13). These motions are DENIED because they fail to comply with the Local Civil Rules of this Court. *See generally,* Local Civil Rules 10.1(h); 83.1. Because the request was unopposed, however, the undersigned shall, *sua sponte,* extend the time for Precision to file a response to Plaintiff's Complaint until November 30, 2012.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Tuesday, October 23, 2012.

WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE